THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* JOHN R. FOOTE et al., Defendants, and TOWN OF OYSTER BAY, Appellant.

Argued March 8, 1937; decided March 23, 1937.

*Philip Huntington, David S. Hill, Jr.,* and *Charles I. Wood* for appellant.

*John J. Bennett, Jr.,* Attorney-General (*Henry Epstein, G. Frank Dougherty, Ruth I. Wilson* and *Raymond P. McNulty* of counsel), for respondent.

Appeal dismissed, with costs. We can find no constitutional question upon which an appeal to this court can be based. No opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.